UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:07-cr-237-T-24TBM

FRANCISCO TITO HERNANDEZ
_____/

## ORDER

Before the Court is a letter from Defendant received in Chambers on June 22, 2011.

On August 13, 2008, the Court sentenced the Defendant to a term of imprisonment of 133 months, to run concurrent with his term of imprisonment in Hillsborough Circuit Court case number 05-CF-13578. Defendant states in his letter that he has an upcoming Rule 35 hearing. He states that his attorney and the Government have "cut a deal" for one-level reduction. Defendant, however, seeks a three-level reduction. He is apparently due to be released in August 2015.

Currently, there is no Rule 35 motion pending before the Court. As such, Defendant is not entitled to the relief he seeks.

The Court ORDERS as follows:

(1)   Defendant's letter motion is DENIED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of August, 2011.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE